UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:21-CR-129 |
| | § | |
| ABRAHAM JOAQUIN CANELA | § | |

MOTION TO DISMISS INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through Jennifer B. Lowery, Acting United States Attorney, and Jennifer Stabe, Assistant United States Attorney, for the Southern District of Texas, requests that the Court dismiss without prejudice the Criminal Indictment filed against the defendant.

Respectfully submitted,

JENNIFER B. LOWERY
Acting United States Attorney

 /s/ Jennifer Stabe
Jennifer Stabe
Assistant United States Attorney
713-567-9711

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Government's Motion to

Dismiss has been delivered by ECF to the attorney for the defendant.


  */s/ Jennifer Stabe*
 Jennifer Stabe
 Assistant United States Attorney