UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CASE NO. 4:21-CR-129 |
| ABRAHAM JOAQUIN CANELA | § | |

## **O R D E R**

The Government's Motion to Dismiss the Criminal Indictment without prejudice is GRANTED.

SIGNED on _____.

_____
George C. Hanks, Jr.
United States District Judge